HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN NICK,<br><br>      Plaintiff,<br><br>    v.<br><br>CROSSMARK, INC.,<br><br>      Defendant. | CONSOLIDATED<br><br>MASTER CASE NO. C13-1335RAJ<br><br>ORDER |

The court discharges its August 30, 2013 order to show cause (Dkt. # 16), noting that all parties are now represented by counsel who are authorized to appear in this District.

This case is closely related to *Kaiser v. Crossmark, Inc.*, No. C13-1336RAJ. Although the cases arise from the claims of different plaintiffs, they are against the same employer for the same labor law violations. Indeed, both plaintiffs were members of the same putative class while this case was a potential class action pending in the United States District Court for the Western District of Pennsylvania. The same counsel represents both plaintiffs.

The court accordingly orders the clerk to CONSOLIDATE the two actions. The above-captioned action shall be the lead case, with No. 13-1336RAJ as the member case. All future filings in the consolidated action shall be in the lead case only, without

ORDER – 1

exception.  The parties shall use substantially the same caption as this order for all future filings.

This case is now ready for initial scheduling.  The court directs the clerk to issue an order establishing initial pretrial deadlines and a date for submission of a joint status report.  The parties may use that report to raise any objection to the continued consolidation of these cases.

DATED this 7th day of October, 2013.

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 2